IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF TEXAS
_Corpus Christi_ DIVISION

United States District Court
Southern District of Texas
FILED

JAN 28 2000

Michael N. Milby, Clerk

_Bobby Joe Buntion #557483_
Plaintiff's name and ID Number

_Garza West Unit, T.D.C.J._
Place of Confinement

CASE NO. C-00-042
(Clerk will assign the number)

v.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

_Wayne Scott, Huntsville Texas_
Defendant's name and address

I, _Bobby J. Buntion_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment    Yes☐ No☑
   b. Rent payments, interest or dividends?            Yes☐ No☑
   c. Pensions, annuities or life insurance payments?  Yes☐ No☑
   d. Gifts or inheritances?                           Yes☐ No☑
   e. Family or friends?                               Yes☑ No☐
   f. Any other sources?                               Yes☐ No☑

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _I received twenty dollars from my cousin in November 1999._

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐    No☑
   If you answered YES, state the total value of the items owned.

_____
_____

1 of 2

3. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

   Yes ☐            No ☑

   If you answered YES, describe the property and state its approximate value.

   _____
   _____

I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).

Signed this the __21__ day of __Jan.__, 20__00__

__Bobby J. Bunton__ #557483
Signature of Plaintiff       ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT. YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

Revised 6/97

```
NAME: BUNTION, BOBBY JOE             BEGINNING PERIOD: 07/01/99
PREVIOUS TDCJ NUMBERS: 00442119
CURRENT BAL:        0.00 TOT HOLD AMT:      0.00 3MTH TOT DEP:       21.65
6MTH DEP:          21.65 6MTH AVG BAL:      1.70 6MTH AVG DEP:        3.61
MONTH HIGHEST BALANCE TOTAL  DEPOSITS  MONTH HIGHEST BALANCE TOTAL  DEPOSITS
12/99        3.40             0.66    09/99        0.00             0.00
11/99       20.00            20.99    08/99        0.00             0.00
10/99        0.00             0.00    07/99        0.00             0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF **BEE**

ON THIS THE **21** DAY OF **JANUARY**, **00**, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:

PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: **N/A**  OR SID NUMBER: **N/A**

REGGIE JACKSON
Notary Public, State of Texas
My Commission Expires
01-12-02