```
                United States District Court
                 Southern District of Texas
                           FILED

                        MAR 15 2000

                     Michael N. Milby, Clerk
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BOBBY JOE BUNTION, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. C-00-42 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT'S MOTION TO APPEAR *PRO HAC VICE*
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent herein, by and through his attorney, the Attorney General of Texas, and files this Respondent's Motion to Appear *Pro Hac Vice* with Brief in Support. In support thereof, the Respondent would respectfully show the court the following:

The undersigned has been working as an Assistant Attorney General with the Habeas Corpus Division of the Office of the Attorney General of the State of Texas since August 9, 1999, and has been assigned to represent the Respondent in this cause. The undersigned has been licensed to practice in the State of Texas since November 4, 1994, and is a member in good standing of the State Bar of Texas. The undersigned has applied for admission in this district.

The undersigned has read and will comply with the Local Rules for the District.

For the foregoing reasons, the undersigned respectfully requests that this motion to appear before this court *Pro Hac Vice* with Brief in Support be granted.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General for
Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

_____
JULIE JOE*
Assistant Attorney General
State Bar No. 00790972

*Lead Counsel

P. O. Box 12548, Capitol Station
Austin, Texas   78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Julie Joe, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause.  Respondent assumes that Petitioner opposes this motion.

_____
JULIE JOE
Assistant Attorney General

2

## NOTICE OF SUBMISSION

To: Bobby Joe Buntion, Petitioner, you are hereby notified that the undersigned attorney will bring the foregoing Motion before the Court as soon as the business of the Court will permit.

_____
JULIE JOE
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Julie Joe, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent's Motion to Appear *Pro Hac Vice* with Brief in Support has been served by placing same in the United States mail, postage prepaid, on this, the 13th day of March, 2000, addressed to:

Bobby Joe Buntion
TDCJ-ID No. 557483
Garza West Unit
HC02 Box 995
Beeville, Texas 78102

_____
JULIE JOE
Assistant Attorney General

3



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *BOBBY JOE BUNTION,* | § | |
| Petitioner, | § | |
| | § | |
| *v.* | § | Civil Action No. C-00-42 |
| | § | |
| *GARY JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE,* | § | |
| *INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER TO EXTEND TIME

On Respondent's motion, Respondent's time for filing a responsive pleading is extended up to and including the 11th day of April, 2000.

It is so ORDERED.

SIGNED on this, the _____ day of _____, 2000.

_____
JUDGE PRESIDING