United States District Court
Southern District of Texas
FILED

MAR 15 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BOBBY JOE BUNTION, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. C-00-42 |
| | § | |
| GARY JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Gary Johnson, Director, Texas Department of Criminal Justice, Institutional Division, Respondent, "the Director," through the Attorney General of Texas, and files this First Motion for Extension of Time with Brief in Support. In support thereof, the Director would respectfully show the court as follows:

**I.**

This is a habeas corpus case brought by a Texas state prisoner, Bobby Joe Buntion ("Buntion") under 28 U.S.C. §§ 2241, 2254. February 2, 2000, the court issued an order giving the Director thirty days to respond from the date he received the order. The Director was served on February 11, 2000; therefore, this motion is timely filed.

**II.**

In his petition, Buntion alleges that he was denied credit for time he spent on mandatory supervision release. Attachment to Fed. Writ Petition. A review of Buntion's prison records and state habeas records is necessary in order to adequately respond to the petition. The undersigned's office has ordered and received but needs additional time to

review them. Accordingly, the Director requests a thirty (30) day extension to review Buntion's records and file an appropriate response.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully moves this court for an extension of time of thirty (30) days from March 12, 2000 up to and including April 11, 2000, within which to file a responsive pleading in this federal writ of habeas corpus action.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

SHANE PHELPS
Deputy Attorney General
  for Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Lead Counsel

JULIE JOE*
Assistant Attorney General
State Bar No.00790972

P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
(512) 936-1400
(512) 936-1280 (Fax)

ATTORNEYS FOR RESPONDENT

2

## CERTIFICATE OF CONFERENCE

I, Julie Joe, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because Petitioner is incarcerated in the Texas Department of Criminal Justice, Institutional Division, and is proceeding *pro se* in this cause. Respondent assumes that Petitioner opposes this pleading.

_____
JULIE JOE
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Julie Joe, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's First Motion for Extension of Time with Brief in Support has been served by placing same in the United States mail, postage prepaid, on this, the 13th day of March, 2000, addressed to:

Bobby Joe Buntion
TDCJ-ID No. 557483
Garza West Unit
HC02 Box 995
Beeville, Texas 78102

_____
JULIE JOE
Assistant Attorney General

3