IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



United States District Court
Southern District of Texas
ENTERED
MAR 2 2 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| *BOBBY JOE BUNTION*, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. C-00-42 |
| | § | |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER

Be it remembered that on this day came to be considered Respondent's Motion to Appear *Pro Hac Vice* with Brief in Support, and the Court after considered the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that said Motion be, and it is hereby GRANTED. Assistant Attorney General Julie Joe is permitted to proceed *Pro Hac Vice* in this action.

SIGNED on this, the 20 day of March, 2000.

_____
JUDGE PRESIDING