

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 22 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| BOBBY JOE BUNTION, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. C-00-42 |
| | § | |
| GARY JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER TO EXTEND TIME

On Respondent's motion, Respondent's time for filing a responsive pleading is extended up to and including the 11th day of April, 2000.

It is so ORDERED.

SIGNED on this, the 20 day of March, 2000.

_____
JUDGE PRESIDING