United States District Court
Southern District of Texas
ENTERED

AUG 29 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| BOBBY JOE BUNTION | § | |
| | § | |
| VS. | § | C.A. NO. C-00-042 |
| | § | |
| GARY L. JOHNSON | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION ON RESPONDENT'S MOTION TO DISMISS

On May 25, 2000, United States Magistrate Judge Jane Cooper-Hill signed a Memorandum and Recommendation recommending that respondent's motion to dismiss for failure to exhaust state court remedies be granted and that petitioner Bobby Joe Buntion's petition for § 2254 relief be dismissed without prejudice.  Seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court.  Accordingly, it is

ORDERED that petitioner Bobby Joe Buntion's petition for § 2254 relief is dismissed without prejudice for failure to exhaust state court remedies.

The clerk shall enter this order and provide a copy to all parties.

SIGNED this 28th day of August, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE