United States District Court
Southern District of Texas
ENTERED

AUG 29 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

BOBBY JOE BUNTION          §
                          §
V.                         §     C.A. NO. C-00-042
                          §
GARY L. JOHNSON            §

## FINAL JUDGMENT

In accordance with the Court's Order Adopting Memorandum and Recommendation on Respondent's Motion to Dismiss, the Court hereby enters Final Judgment dismissing Petitioner Bobby Joe Buntion's petition for § 2254 relief without prejudice.

ORDERED this 28th day of August, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE